IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BARRY BOWIE, | § | |
| Applicant, | § § § | |
| VS. | § | NO. 4:07-CV-588-A |
| NATHANIEL QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § § | |
| Respondent. | § § | |

O R D E R

Came on for consideration the above-captioned action wherein Barry Bowie is applicant and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent.[1] This is an application for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On November 18, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any, thereto by December 9, 2008. Copies of the proposed findings, conclusions, and recommendation were sent to applicant and respondent. No objections have been timely filed. After thoroughly considering the record and applicable authorities,

---

[1] Applicant refers to his application as a "petition" and to himself as "petitioner." Consistent with the language of 28 U.S.C. § 2254, the court uses the terms "applicant" and "application" instead of "petitioner" and "petition."

the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge. Therefore,

The court ORDERS that the application be, and is hereby, denied.

SIGNED December 15, 2008.

_____
JOHN McBRYDE
United States District Judge